IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SANDEEP THIGULLA and SARVANI
THIGULLA,

                    Plaintiffs,

        v.

UR JADDOU, Director, U.S. Citizenship
and Immigration Services,

                    Defendant.

**4:22CV3168**


**ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit (Filing No. 46). *See Thigulla v. Jaddou*, 94 F.4th 770, 778 (8th Cir. 2024). Plaintiffs Sandeep Thigulla and Sarvani Thigulla (together, the "Thigullas") had appealed this Court's denial of their request for a temporary restraining order against defendant Ur Jaddou ("Jaddou"), Director of the United States Citizenship and Immigration Services ("USCIS"), seeking to compel him to promptly adjudicate their applications to adjust their immigration status. *See Thigulla*, 94 F.4th at 771-73.

On March 5, 2024, the Eighth Circuit examined the Thigullas' arguments in light of the pertinent statutes and determined it did not have subject-matter jurisdiction because "Congress has barred judicial review in this case." *Id.* at 774, 776 (discussing 8 U.S.C. § 1252(a)(2)(B)(ii), which bars judicial review of many of Jaddou's discretionary decisions in immigration cases). Based on that conclusion, it dismissed this case "for a lack of subject-matter jurisdiction and remanded to the district court for proceedings consistent with this opinion." *Thigulla*, 94 F.4th at 778. The formal mandate was issued on May 20, 2024. *See* Fed. R. App. P. 41(a).

In accordance with the Eighth Circuit's decision and remand order,

IT IS ORDERED:

1.     This case is dismissed without prejudice for lack of subject-matter jurisdiction.

2.     All pending motions are denied as moot.

3.     A separate judgment will issue.

Dated this 20th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2